UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>                 Applicant<br><br>vs.<br><br>MAZT, INC., A MCDONALD'S FRANCHISEE<br><br>                 Respondent | Civil No. 2:15-MC-00110-WBS-CKD<br><br>**ORDER TO SHOW CAUSE** |

This matter having come before this Court upon an Application of the Applicant, National Labor Relations Board (the Board), for an Order Requiring Obedience to Administrative Subpoena *Duces Tecum* B-1- L4DRDN issued to Respondent, MaZt, Inc., in connection with an unfair labor practice complaint and hearing pending before Board Administrative Law Judge Lauren Esposito;

Said Application being supported by Applicant's Memorandum of Law and supporting documents; and

1   It appearing that good cause has been shown that proceedings should commence against Respondent for enforcement of Subpoena *Duces Tecum* B-1- L4DRDN,

IT IS HEREBY ORDERED that:

1. Respondent appear before this Court on November 18, 2015, at 10:00 a.m., in Courtroom No. 24, at the United States District Court, Eastern District of California, Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, CA 95814, and then and there show cause, if any there be, why an Order should not be issued requiring Respondent to: (a) appear before a Board Agent designated by the Regional Director of Region 2 of the Board, at such time and place as said Regional Director may designate, and then and there provide all documents requested in Subpoena *Duces Tecum* B-1- L4DRDN Paragraphs 1-4, 11-12, 15-20, 22-23, 25-29, 33-35, 37-47, 49-50, 53-54, 56-57, 61-65, and 68, in connection with the consolidated matters in question now pending before Board Administrative Law Judge Lauren Esposito, including Board Case Nos. 20-CA-132103, 20-CA-135947, 20-CA-135979, and 20-CA-137264; and (b) have its Custodian of Records appear at the time and place to be designated by Board Administrative Law Judge Lauren Esposito, or by the Division of Judges for the National Labor Relations Board, for resumption of the administrative hearing in the consolidated matters in question now pending before Board Administrative Law Judge Lauren Esposito, including Board Case Nos. 20-CA-132103, 20-CA-135947, 20-CA-135979, and 20-CA-137264, to give sworn testimony and answer any and all questions relevant and material to the documents produced per Subpoena *Duces Tecum* B-1- L4DRDN;

2. Requiring Respondent to file its Answer to Applicant's Application within 20 days of service of this Order to Show Cause; and

3. Requiring that a copy of this Order, together with a copy of the Application and all supporting documents, be served upon Respondent forthwith, with service to be made in any manner provided in the Federal Rules of Civil Procedure, and with proof of service to be filed with this Court.

Dated:  October 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE