1  THOMAS M. O'CONNELL, Bar No. 298457
   thomas.oconnell@bbklaw.com
2  Best Best & Krieger LLP
   3390 University Ave., 5th Floor
3  Riverside, California  92501
   Telephone:  (951) 826-8337
4  Facsimile:  (951) 686-3083

5  Attorneys for Respondent
   MaZT, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>         Applicant,<br><br>     v.<br><br>MAZT, INC., A MCDONALD'S FRANCHISEE,<br><br>         Respondent. | Case No.  2:15-MC-00110-WBS-CKD<br><br>ORDER EXTENDING RESPONDENT'S TIME TO FILE ANSWER |

Upon the Application of Applicant National Labor Relations Board ("Applicant") for an order requiring compliance with an administrative subpoena, the Court issued an Order to Show Cause on October 8, 2015, requiring Respondent MaZT, Inc. ("Respondent"), to file its Answer to Applicant's Application within 20 days of the Order's service.  D.E. 4.  Applicant served Respondent with the Order on October 13, 2015.  D.E. 5.

Applicant and Respondent have agreed to extend Respondent's time to file its Answer until November 5, 2015, and they have demonstrated good cause for such an extension.  Therefore, it is hereby ORDERED that Respondent must file its Answer to Applicant's Application no later than November 5, 2015.

IT IS SO ORDERED,

Dated:  November 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

DATED AT San Francisco, California, this 30th day of October, 2015.

By: _____
Richard McPalmer
Attorney for Applicant
NATIONAL LABOR RELATIONS BOARD
901 Market Street, Suite 400
San Francisco, California 94103

DATED AT Riverside, California, this 30th day of October, 2015.

By: _____
Thomas M. O'Connell
Attorney for Respondent
MAZT, INC., A MCDONALD'S FRANCHISEE
3390 University Avenue, 5th Floor
Riverside, California 92501