THOMAS M. O'CONNELL, Bar No. 298457
thomas.oconnell@bbklaw.com
Best Best & Krieger LLP
3390 University Ave., 5th Floor
Riverside, California 92501
Telephone: (951) 826-8337
Facsimile: (951) 686-3083

Attorneys for Respondent
MAZT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Applicant,<br><br>v.<br><br>MAZT, INC., A MCDONALD'S FRANCHISEE,<br><br>    Respondent. | Case No. 2:15-MC-00110-WBS-CKD<br><br>ORDER EXTENDING RESPONDENT'S TIME TO FILE ANSWER |

Upon the Application of Applicant National Labor Relations Board ("Applicant") for an order requiring compliance with an administrative subpoena, the Court issued an Order to Show Cause on October 8, 2015, requiring Respondent MaZT, Inc. ("Respondent"), to file its Answer to Applicant's Application within 20 days of the Order's service. D.E. 4. Applicant served Respondent with the Order by electronic mail on October 13, 2015. D.E. 5.

Applicant and Respondent have agreed to extend Respondent's time to file its Answer until November 10, 2015, and they have demonstrated good cause for such an extension. Therefore, it is hereby ORDERED that Respondent must file its Answer to Applicant's Application no later than November 10, 2015.

////

IT IS SO ORDERED

Dated: November 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

DATED AT San Francisco, California, this 4th day of November, 2015.

By:   /s/ Richard McPalmer
      Richard McPalmer
      Attorney for Applicant
      NATIONAL LABOR RELATIONS BOARD
      901 Market Street, Suite 400
      San Francisco, California 94103

DATED AT Riverside, California, this 4th day of November, 2015.

By:   /s/ Thomas M. O'Connell
      Thomas M. O'Connell
      Attorney for Respondent
      MAZT, INC., A MCDONALD'S FRANCHISEE
      3390 University Avenue, 5th Floor
      Riverside, California 92501

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

30064.00001\21191553.1                - 2 -                STIPULATION TO EXTEND
                                                           TIME TO RESPOND TO COMPLAINT