1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
9
10
11
12  NATIONAL LABOR RELATIONS BOARD,    | Case No. 2:15-MC-00110 WBS CKD
13          Plaintiff,
14      v.                              | **ORDER OF REASSIGNMENT**
15  MAZT, INC.,
16          Defendant.
17
18
19      Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a
20  United States Magistrate Judge."  See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the
21  district court judge assigned to the case and the magistrate judge must approve the reference to the
22  magistrate judge.
23      The undersigned has reviewed the file herein and recommends that the above-captioned case
24  be assigned and referred to the magistrate judge for all further proceedings and entry of final
25  judgment.
26                              Page **1** of **2**
27
28

1  IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable
2  Carolyn K. Delaney.   The parties shall take note that all documents hereafter filed with the Clerk of
3  the Court shall bear case number 2:15-MC-00110 CKD.   Any currently scheduled dates presently set
4  before Judge Shubb are hereby VACATED.

5

Dated:   November 6, 2015

6

_____

7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

8

9

10  Having also reviewed the file, I accept reference of this case for all further proceedings and
11  entry of final judgment.

12

Dated:   November 6, 2015

13  _____
   CAROLYN K. DELANEY
14  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26  Page **2** of **2**

27

28