THOMAS M. O'CONNELL, Bar No. 298457
thomas.oconnell@bbklaw.com
Best Best & Krieger LLP
3390 University Ave., 5th Floor
Riverside, California 92501
Telephone: (951) 826-8337
Facsimile: (951) 686-3083

Attorneys for Respondent
MAZT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Applicant,<br><br>v.<br><br>MAZT, INC., A MCDONALD'S FRANCHISEE,<br><br>    Respondent. | Case No. 2:15-MC-00110-WBS-CKD<br><br>[~~PROPOSED~~] ORDER CONTINUING THE NOTICED HEARING ON APPLICANT'S ORDER TO SHOW CAUSE |

Upon the Application of Applicant National Labor Relations Board ("Applicant") for an order requiring compliance with an administrative subpoena, the Court issued an Order to Show Cause on October 8, 2015, requiring Respondent MaZT, Inc. ("Respondent"), to file its Answer to Applicant's Application within 20 days of the Order's service. D.E. 4. Applicant served Respondent with the Order by electronic mail on October 13, 2015. D.E. 5. A hearing on Applicant's Order to Show Cause is presently set for November 18, 2015, before this Court.

Applicant and Respondent have agreed to remove the aforementioned hearing from the Court's calendar, and that the Applicant will re-notice a hearing on its Application should a hearing be needed. The parties have demonstrated good cause for this continuance. Therefore, it is hereby ORDERED that Applicant's hearing on its Order to Show Cause that is currently

scheduled for November 18, 2015, is hereby taken off-calendar and may be rescheduled upon notice from Applicant, to be filed no later than November 17, 2015, to an appropriate time and date on or before December 9, 2015.

IT IS SO ORDERED

Dated: November 10, 2015

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE


DATED AT San Francisco, California, this ____ day of November, 2015.

By: /s/ Richard McPalmer
Richard McPalmer
Attorney for Applicant
NATIONAL LABOR RELATIONS BOARD
901 Market Street, Suite 400
San Francisco, California 94103

DATED AT Riverside, California, this _____ day of November, 2015.

By: /s/ Thomas M. O'Connell
Thomas M. O'Connell
Attorney for Respondent
MAZT, INC., A MCDONALD'S FRANCHISEE
3390 University Avenue, 5th Floor
Riverside, California 92501

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

30064.00001\21405744.1                          - 2 -                    [PROPOSED] ORDER TO REMOVE HEARING FROM CALENDAR