THOMAS M. O'CONNELL, Bar No. 298457
thomas.oconnell@bbklaw.com
Best Best & Krieger LLP
3390 University Ave., 5th Floor
Riverside, California 92501
Telephone: (951) 826-8337
Facsimile: (951) 686-3083

Attorneys for Respondent
MaZT, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Applicant,<br><br>v.<br><br>MAZT, INC. A MCDONALD'S FRANCHISEE,<br><br>Respondent. | Civil No. 2:15-MC-00110-WBS-CKD<br><br>**AMENDED ORDER** |

## ORDER

This matter is before the Court on an Application of the Applicant, National Labor Relations Board (the "Board"), for an Order Requiring Obedience to Administrative Subpoena *Duces Tecum* B-1-L4DRDN (the "Subpoena") issued to Respondent, MaZT, Inc. ("MaZT"), in connection with an unfair labor practice complaint and hearing pending before Board Administrative Law Judge Lauren Esposito, said Application being brought pursuant to Section 11(2) of the National Labor Relations Act, as amended [29 U.S.C. Section 161(2)] (hereinafter, the "Enforcement Action").  Pursuant to the Stipulation by and between all parties in the above-entitled action, it is hereby:

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2855 E. GUASTI ROAD, SUITE 400
ONTARIO, CA 91761

ORDERED, ADJUDGED, AND DECREED that the Show Cause Hearing in the above-referenced civil action, which was initially scheduled for on November 18, 2015 but is presently off-calendar indefinitely, is hereby withdrawn.

IT IS FURTHER ORDERED that, on or before November 30, 2015, MaZT will produce to the Board any and all remaining documents in its possession, custody, or control that are responsive to Subpoena requests 8, 9, 17, 19, 20, 24, 28, 29, 34, 35, 38, 46, 47, 49, 56, 57, 61, 62, 64, 65, 66, 67, and 68.

IT IS FURTHER ORDERED that, by December 14, 2015, MaZT will provide the NLRB with a privilege log for the documents it has withheld pursuant to an assertion of privilege.

IT IS SO ORDERED

Dated: November 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

DATED AT San Francisco, California, this 17th day of November, 2015.

By: _____
Richard McPalmer
Attorney for Applicant
NATIONAL LABOR RELATIONS BOARD
901 Market Street, Suite 400
San Francisco, California 94103

DATED AT Riverside, California this 17th day of November, 2015.

By: _____
Thomas M. O'Connell
Attorney for Respondent
MAZT, INC., A MCDONALD'S FRANCHISE
3390 University Avenue, 5th Floor
Riverside, California 92501

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVE, 5TH FLOOR
RIVERSIDE, CA 92501